UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-CR-60142-DAMIAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HELTON RODRIGO GONCALVES,

        Defendant.
_____/

ORDER REFERRING CASE TO
MAGISTRATE JUDGE FOR CHANGE OF PLEA HEARING

THIS CAUSE came before the Court *sua sponte*. It is

ORDERED that this matter is REFERRED to United States Magistrate Judge Alicia

O. Valle for a change of plea hearing. The parties shall contact Judge Valle's Chambers to

schedule a date for the change of plea hearing.

DONE AND ORDERED in Chambers in the Southern District of Florida, this 27th

day of September, 2024.


_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE


cc:     Counsel of record
        Magistrate Judge Alicia O. Valle